# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131328

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v                                  SC: 131328
                                       COA: 268734
MARIA ROUNDS,                        Jackson CC: 04-000818-FH
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 7, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2006                                       _____

d0913                                                   Clerk